[No. 1410-3. Division Three. May 18, 1976.]

HOLIDAY HOMES, INC., ET AL, *Appellants*, V. BEULAH K. MORGAN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 216614, William J. Grant, J., entered January 8, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1715-3. Division Three. May 20, 1976.]

THE STATE OF WASHINGTON, *Respondent*, V. WILLIAM LESTER MILLER, JR., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19112, Howard Hettinger, J., entered July 22, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1669-3. Division Three. May 20, 1976.]

THE STATE OF WASHINGTON, *Respondent*, V. QUINCY HILL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19107, Howard Hettinger, J., entered August 18, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1842-3. Division Three. May 20, 1976.]

THE STATE OF WASHINGTON, *Respondent*, V. FRED MILLER, *Petitioner*.

Post-conviction relief proceeding. *Granted* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1404-3. Division Three. May 25, 1976.]

MANUEL WHITE, *Appellant*, V. MILDRED B. WHITE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 196616, William J. Grant, J., entered January 29, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.